```
Label Matrix for USBC              Arrow Financial Services          Arrow Financial Services
Middle District of Florida         5996 W Touhy Ave                  PO Box 1206
Case 6:06-bk-00240-KSJ             Niles IL  60714-4610              Oaks PA 19456-1206
Mon Jul 17 11:57:28 EDT 2006


Ascension Recovery Mgmt            Assetcare Inc                     Associated Credit & Coll
PO Box 907                         7025 Albert Pick Road             975 Eyster Blvd
Santa Clarita CA 91380             Greensboro NC 27409               Rockledge FL  32955


B-Line, LLC/Applied Card Bank (fka Cross   Badcock Home Furnishings  Carole S Bess
Mail Stop 550                      21 E Main St                      Law Office of Thomas H Yardley
2101 Fourth Ave., Suite 1030       Titusville FL 32780               1970 Michigan Avenue
Seattle, WA, 98121                                                   Building D
                                                                     Cocoa, FL 32922


Brevard County Tax Collector       CBC Natl Collections              CCP & MCB Collection Svc
Attn:  Rod Northcutt, C F C        236 E Town St                     PO Box 9
Post Office Box 2500               Columbus OH 43215-4633            Vero Beach FL 32961-0009
Titusville, FL 32781-2500


CitiFinancial Auto                 Elizabeth A Cleveland             Credit Management
PO Box 1472                        W S Badcock Corporation           8131 LBJ Freeway, Suite 200
Minneapolis, MN 55440-1472         Post Office Box 232               Dallas TX 75251-1340
                                   Mulberry, FL 33860


Cross Country Bank                 Dianna Lynn Davis                 Larry Dale Davis
4700 Exchange Ct                   960 Alabama Street                960 Alabama Street
Boca Raton FL 33431                Titusville FL 32796,              Titusville FL 32796,


Doctors Business Bureau            ECMC                              ER Solutions
202 N Federal Hwy                  PO Box 8809                       PO Box 9004
Lake Worth FL 33460-3438           Richmond VA  23225                Renton  WA  98057


Fingerhut Credit Adv               First Premier                     Florida Department of Revenue
PO Box 7999                        900 Delaware #7                   Bankruptcy Unit
St Cloud MN 56302-7999             Sioux Falls SD 57104              Post Office Box 6668
                                                                     Tallahassee, FL  32314-6668


IC Systems Inc                     IMBS                              IRS
444 Hwy 96 E                       PO Box 189053                     PO Box 21126
St Paul MN 55127                   Plantation FL 33318-9053          Philadelphia PA 19114


Internal Revenue Service           Island Natl Group LLC             Jefferson Capital
Post Office Box 21126              PO Box 18009                      16 McLeland Rd
Philadelphia PA  19114             Hauppauge NY 11788-8809           St Cloud MN 56303-2198
```

| | | |
|---|---|---|
| MCB Collection Svcs Inc<br>2066 14th Ave #102<br>Vero Beach FL 32960 | Marc Cohen<br>Cohen & Paiva PA<br>10 Central Pkwy #400<br>Stuart FL 34994 | Midland Credit Management, Inc.<br>8875 Aero Drive<br>San Diego, CA 92123 |
| National Capital Management LLC<br>c/o Arrow Financial Services LLC<br>8245 Tournament Drive<br>Suite 230<br>Memphis TN  38125,  38125 | Northeast Credit & Coll<br>PO Box 3358<br>Scranton PA 18505 | Omni Healthcare PA<br>95 Bulldog Blvd #100<br>Melbourne FL 32901 |
| Oxford Collection Agency<br>135 Maxess Rd<br>Melville NY 11747 | Parrish Medical Center<br>951 N Washington Ave<br>Titusville FL 32796-2194 | Physicians Credit Bureau<br>3592 Corporate Dr<br>Columbus OH 43231 |
| Plantation Billing Ctr<br>PO Box 189016<br>Plantation FL 33318-9016 | Premium Asset Recovery<br>350 Jim Morgan Blvd<br>Deerfield Bch FL 33442 | Qablawi Auto Sales<br>1202 N Cocoa Blvd<br>Cocoa FL 32922 |
| Return Mail Process Ctr<br>PO Box 440608<br>Houston TX 77244-0608 | Riverside National Bank<br>Cohen & Paiva PA<br>10 Central Parkway, 3400<br>Stuart FL 34994-5903 | Riverside Natl Bank<br>Attn: Recovery<br>PO Box 370<br>Ft Pierce, FL 34954-9985 |
| Tate & Kirlin Associates<br>2180 Southampton Rd<br>Philadelphia PA 19154 | US Dept Of Education<br>P.O.box 13328<br>Richmond VA. 23225 | Us Department of Education<br>National Payment Center<br>PO Box 4169<br>Greenville  TX  75403 |
| W.S. Badcock<br>c/o Elizabeth Cleveland<br>PO Box 232<br>Mulberry, FL 33860 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790 | Wuesthoff Health Systems<br>110 Longwood Ave<br>Rockledge FL 32956 |