**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**



FILED
APR 17 2007
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

IN RE:

DAVIS, LARRY
   DAVIS, DIANNA

SSN / TAX ID NO: 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
                      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

    DEBTOR (S)
_____/

CHAPTER 13 CASE
CASE NO. ~~6:06-BK-4533-ABB~~
6:06-BK-240-KSJ

## NOTICE OF CHANGE FO ADDRESS FOR CREDITOR'S COUNSEL

COMES NOW, Marc B. Cohen, Esquire of Adorno & Yoss, LLP, counsel for Creditor RIVERSIDE NATIONAL BANK OF FLORIDA, files this his Notice of Change of Address for Creditor's Counsel, and would state that Creditor's counsel's mailing address is:

        **ADORNO & YOSS LLP**
        **Post Office Box 259**
        **Stuart, FL 34995**
        **(772) 221-0999, telephone**
        **(772) 221-0996, facsimile**

Dated this _____ day of April, 2007.

        ADORNO & YOSS, LLP
        819 S. Federal Highway, Ste 103
        Post Office Box 259
        Stuart, FL 34994 (34995)
        (772) 221-0999
        (772) 221-0996 facsimile

        BY: _____
             MARC B. COHEN, ESQ.
             Florida Bar No: 251062